UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:20-07026 GW (ADS)                                    Date:  April 2, 2021

Title:  *Donnie L. Cantrell v. M. Vasquez*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|                Kristee Hopkins                |                None Reported                |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| :---: | :---: |
| None Present | None Present |

**Proceedings:**        **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND COMPLY WITH COURT ORDERS**

On February 16, 2021, the Court issued an Order Dismissing Complaint with Leave to Amend, informing Plaintiff Donnie L. Cantrell ("Plaintiff") that his claims were subject to dismissal for failure to state a claim upon which relief can be granted.  [Dkt. No. 8].  Plaintiff was informed he must either file a First Amended Complaint, a statement of intent to proceed with the Complaint despite its failure to state a claim, or a notice of voluntary dismissal.  [Id.].  Plaintiff was instructed he must elect to proceed with one of the three options by no later than March 16, 2021.  [Id.].  As of the date of this order, the Court has not received any response to the Order Dismissing Complaint with Leave to Amend, or otherwise received any correspondence from Plaintiff in this case since October 13, 2020.  See [Dkt. No. 6].

Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and obey court orders**.  Plaintiff must file a written response by no later than **April 23, 2021**.  Plaintiff may respond to this Order to Show Cause by (a) filing a First Amended Complaint; (b) filing a statement with the Court indicating the desire to continue to move forward with the Complaint despite the deficiencies noted by the Court in the Order Dismissing Complaint with Leave to Amend; or (c) filing a request to voluntarily dismiss pursuant to Federal Rule of Civil Procedure 41(a).

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:   2:20-07026 GW (ADS)                          Date:  April 2, 2021

Title:  *Donnie L. Cantrell v. M. Vasquez*

      Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause will result in a recommendation to the District Judge that this action be dismissed with prejudice for failure to state a claim, failure to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

      **IT IS SO ORDERED.**

Initials of Clerk <u>kh</u>