JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE L. CANTRELL,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>M. VASQUEZ,<br><br>　　　　　　　Defendant. | Case No. 2:20-07026 GW (ADS)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Comply with Court Orders IT IS HEREBY ADJUDGED that the above-captioned case is dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: May 12, 2021

_____
THE HONORABLE GEORGE H. WU
United States District Judge